**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 172 EAL 2015
: 
           Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v. : 
: 
: 
: 
ROBERT EDGEFIELD, : 
: 
        Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.